

**DEPARTMENT OF HOMELAND SECURITY**

## RECORD OF SWORN STATEMENT IN CRIMINAL PROCEEDING

Office: HSI RAC JACKSON MS     File: _____

Statement by: _____

In the Case of: Ermicenda Perez-Gonzalez

At: HSI RAC JACKSON MS     Date: _____

Before: M. Alex Ascencio
(Name and Title)

In the: Spanish language     Interpreter: None

I am an officer of the United States Department of Homeland Security (DHS), authorized by law to administer oaths and take testimony in connection with the enforcement of the laws enforced by DHS. I desire to take your sworn statement regarding:

Soy un official del departamento de Seguridad Nacional de los Estados Unidos (DHS), autorizado por ley a tomar declaraciones juradas y testimonios en coneccion a enforzar las leyes que DHS enforza. Deseo tomarle una declaracion jurada relacionado a:


Before I ask you any questions, you must understand your rights.

You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions, and to have him/her with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.
If you decide to answer questions now and without a lawyer present, you will still have the right to stop answering at any time.
You also have the right to stop answering until you talk to a lawyer.

Q. Do you wish to have a lawyer or any other person present to advise you? Desea tener a un abogado o otra persona presente para que le aconseje?

A. Yes

Q. Are you willing to answer my questions at this time? Esta dispuesto a contester mis preguntas en este momento?

A. Yes

Q. Do you swear or affirm that all the statements you are about to make will be the truth, the whole truth and nothing but the truth?
Jura y afirma que la declaracion que esta por hacer, es la verdad y nada mas que la verdad?

A. Yes

DHS Form I-263B (10/09)

| Alien's Name | File Number | Date |
|---|---|---|
| Ernicinda Perez-Gonzalez | | 8/7/2012 |

RECORD OF SWORN STATMENT IN CRIMINAL PROCEEDING
------------------------------------------------

1. What is your complete and correct birth name?
   ¿Cuál es su nombre y apellido de nacimiento completo y correcto?
   Ernicenda Ramona Perez-Gonzalez

2. Have you ever used (any) other names or any nicknames?
   ¿Usted alguna vez ha usado otro nombre o algún apodo?
   Used one in 2001 but cant remember

3. If so, what other names have you used?
   ¿Qué otros nombres o apellidos ha usado?
   Unknown

4. What is your date of birth?
   ¿Cuál es su fecha de nacimiento?
   Oct 16, 1988

5. What is your country of birth?
   ¿Cuál es su país de nacimiento?
   Guatemala

6. Of what country are you a citizen?
   ¿De que país es usted ciudadano?
   Guatemala

7. When did you last enter the United States?
   ¿Cuándo fue la última vez que usted entró a los Estados Unidos?
   2001

8. Where did you last enter the United States?
   ¿Por dónde entró a los Estados Unidos la última vez?
   Arizona

9. What was your immigration status when you entered the United States?
   ¿Cuál era su estado migratorio cuando entro por última vez?
   Illegal

10. Have you applied for any immigration benefits or do you have any pending applications?
    ¿Usted ha hecho alguna solicitud para algún beneficio de inmigración o tiene alguna solicitud pendiente?
    No

11. Were you prevìsouly ordered removed by an immigration judge or ICE?
    ¿Ha sido usted ordenado a ser deportado por un juez de inmigración?
    No

12. Did you depart the United States following that order?
    ¿Salió usted de los Estados Unidos después de la orden del Juez?
    N/A

13. When/Where did you depart the United States?   N/A

| Signature | Title |
|---|---|
| [signature] | S/A |

| Alien's Name | File Number | Date |
|---|---|---|
| Escuvinda Perez Gonzalez | | 8/7/2010 |

¿Por dónde y cuando salió usted de los estados Unidos? N/A

14. Were you previously removed from the U.S.?
¿Ha sido usted deportado de los Estados Unidos alguna vez? No

15. Prior to removal were you convicted of a crime? What Crime?
¿Antes de la deportación, fue usted convicto de algún delito criminal? ¿Que delito? No

16. When were you removed?
¿Cuándo fue deportado/removido? N/A

17. Did you re-enter the US after removal?
¿Reingreso a los Estados Unidos después de ser deportado? N/A

18. When did you re-enter the U.S?
¿Cuándo reingreso a los Estados Unidos? N/A

19. Where did you re-enter the U.S?
¿Por donde entro a los Estados Unidos? N/A

20. Did you re-enter the U.S. illegally?
¿Reingreso a los Estados Unidos ilegalmente? N/A

21. Did you receive permission from the Attorney General of the U.S. or Secretary of Homeland Security to re enter the U.S?
¿Recisbio permiso del fiscal general o el secretario del Departamento de Seguridad Nacional para reingresar a los Estados Unidos? No

22. What documents did you use when you entered the United States?
¿Usted qué documentos usó cuando entró a los Estados Unidos? None

23. Where are those documents now?
¿Dónde están esos documentos ahora? N/A

24. Did you show any identification documents to begin employment at BH Poultry
¿Usted presentó algún documento de identificación para empezar a trabajar en?
they don't ask for any

25. Did the company say anything about your documents or tell you that your documents were invalid?
¿En la compañía le dijeron a usted algo sobre sus documentos o le dijeron que sus documentos no eran buenos?
Never saw any

| Signature | Title |
|---|---|
| [signature] | S/A |

| Alien's Name | File Number | Date |
|---|---|---|
| Ermecinda Pecar-Gonzalez | | 8/14/2012 |

26. Are these false immigration documents or other documents in your true name or the name of another person?
¿Esos documentos de inmigración falsos o esos otros documentos, tienen el nombre suyo o el nombre de otra persona?

**No docs**

27. Why did you buy these false immigration documents or other documents?
¿Usted por qué compró esos documentos de inmigración falsos o esos otros documentos?

**N/A**

28. Where are your false immigration documents or other documents now?
¿Dónde están ahora sus documentos de inmigración falsos o esos otros documentos?

**N/A**

29. Did you show any identification documents to begin employment at _____?
¿Usted presentó algún documento de identificación para empezar a trabajar en **PH Poultry**?

**No**

30. Did the company say anything about your documents or tell you that your documents were invalid?
¿En la compañía le dijeron a usted algo sobre sus documentos o le dijeron que sus documentos no eran buenos?

**N/A**

31. Did anyone from the company tell you that you needed valid documents to work?
¿Le dijo a usted alguien de la compañía que necesitaba documentos válidos para trabajar?

**N/A**

32. Have you ever received a letter from the Social Security Office about the social security number you used to work?
¿Usted ha recibido alguna vez de la Oficina del Seguro Social una carta respecto al número de seguro social que usó para trabajar?

**Made up a SS# Can't remember**

33. Did anyone at _____ tell you that your social security number is no good and/or that you needed a new number?
¿Le dijo a usted alguien de **PH Poultry**, que su número de seguro social no era bueno y/o que necesitaba un nuevo número?

**No**

34. Do you have any false immigration documents or other identification documents?
¿Tiene usted algún documento de inmigración falso u otros documentos de identificación?

**No**

35. Are these false immigration documents or other documents in your true name or the name of another person?
¿Esos documentos de inmigración falsos o esos otros documentos, tienen el nombre suyo o el nombre de otra persona?

**No  N/A**

| Signature | Title |
|---|---|
| [signature] | S/A |

4 of 6 Pages

39. Where and from whom did you acquire the false social security documents?
    ¿Dónde y de quién obtuvo estos documentos de inmigración falsos o esos otros documentos?

    None

40. How much did you pay for the documents?
    ¿Cuánto pagó usted por los documentos?

    No free just # made up

41. Why did you buy these false immigration documents or other documents?
    ¿Usted por qué compró esos documentos de inmigración falsos o esos otros documentos?

    No

42. Where are your false immigration documents or other documents now?
    ¿Dónde están ahora sus documentos de inmigración falsos o esos otros documentos?

    N/A

I have read or have had read to me the foregoing statement, consisting of _____ pages. I state that the answers I have given to the above named Agent/Officer are true and correct to the best of my knowledge and belief. I have initialed each page of this statement, (and corrections noted on pages _____).

He leído (o me han leído) la declaración anterior, consistente de __5__ paginas. Declaro que las respuestas que he dando al agente/oficial son a mi leal saber y entender verdaderas y correctas He puestos mis iniciales en cada página de esta declaración (y en las correcciones hechas en las páginas __0__)

Interviewee Signature (Firma) _[signature]_
Firma de la persona entrevistada:

Subscribed and sworn to before me at (Firmado y juramentado frente a mi): 2:18 pm
On (El Dia) Aug 7 2014

Special Agent, HSI

| Signature [signature] | Title SIA |

5 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-263B |
|---|---|---|
| Alien's Name<br>Esmeralda Perez Gonzalez | File Number | Date<br>8/09/2010 |

36. Is the social security number you used a valid number, if so, why did you need a valid number?
El número de seguro social que usted usó, ¿es válido? ¿En tal caso, porqué necesitó un número válido?

I don't think so

37. Did you know that the social security number you used belonged to someone else?
¿Sabía usted que el número de seguro social que usó le pertenece a otra persona?

No because I did get it anywhere

38. When did you acquire the false social security documents?
¿Exactamente cuándo consiguió usted estos documentos de inmigración falsos o esos otros documentos?

| Alien's Name | File Number | Date |
|---|---|---|
| Fernando Perez-Garcia | | 8/7/2016 |

Witnessed by: Ken Keller
Atestiguado por:

Signature: [signed]
Title: S/A

6 of 6 Pages