IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CRIMINAL NO. 3:19-CR-185-DCB**

**ERMICENDA PEREZ-GONZALES**                         **DEFENDANT**
**a/k/a ERMICENDA PEREZ**

## NOTICE OF INTENT TO ENTER GUILTY PLEA

COMES NOW, the Defendant, **ERMICENDA PEREZ-GONZALES**, by and through undersigned counsel, and notifies this Honorable Court and the United States Attorney's Office of her intent to enter a guilty plea in this cause.

RESPECTFULLY SUBMITTED, this the 7th day of February, 2020.

                                               Respectfully submitted,

                                               **ERMICENDA PEREZ-GONZALES**, DEFENDANT

                                               /s/ *M. Bradley Mills*
                                               Attorney for Defendant

M. BRADLEY MILLS, MSB #102070
Mills Law Firm, P.L.L.C.
282 West Government Street
Brandon, Mississippi 39042
Phone: 601-420-2030
Facsimile: 601-510-7404
Email: brad@themillslawfirm.net

# CERTIFICATE OF SERVICE

I, M. Bradley Mills, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of records.

This the 7th day of February, 2020.

/s/ *M. Bradley Mills*
Attorney for Defendant