UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.:  3:19-cr-00185-DCB-LRA

ERMICENDA PEREZ-GONZALES
a/k/a Ermicenda Perez

## MOTION FOR LEAVE OF COURT TO DISMISS
## THE INDICTMENT AND CASE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States

Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby

moves for Leave of Court to dismiss without prejudice the Indictment and case in Criminal No.

3:19-cr-00185-DCB-LRA against the defendant ERMICENDA PEREZ-GONZALES, a.k.a.

Ermicenda Perez, the defendant having pleaded guilty and having been sentenced to a felony

information filed in Criminal No. 3:20-cr-00029-DCB-LRA.


Dated: March 2, 2020

                                    D. MICHAEL HURST, JR.
                                    United States Attorney


                         By:    /s/ Carla J. Clark
                                    Carla J. Clark
                                    Assistant United States Attorney
                                    MS Bar No. 9490
                                    501 E. Court Street, Ste. 4.430
                                    Jackson, Mississippi 39201
                                    (601) 965-4480

.