UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO.:   3:19-cr-00185-DCB-LRA

ERMICENDA PEREZ-GONZALES
a/k/a Ermicenda Perez

ORDER GRANTING MOTION TO DISMISS
THE INDICTMENT AND CASE

On Motion for Leave of Court to Dismiss the Indictment and Case of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the Indictment and case in Criminal No. 3:19-cr-185-DCB-LRA against the defendant, ERMICENDA PEREZ-GONZALES, a.k.a. Ermicenda Perez, the defendant having pleaded guilty and having been sentenced to a felony information in Criminal No. 3:20-cr-00029-DCB-LRA, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in Criminal No. 3:19-cr-185-DCB-LRA against the defendant, ERMICENDA PEREZ-GONZALES, a.k.a. Ermicenda Perez, is hereby dismissed without prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the   13th   day of March, 2020.

                                                                    s/David Bramlette
                                                                    UNITED STATES DISTRICT JUDGE